JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA BALSAMO,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**SMART & FINAL STORES, LLC,** a California limited liability company; **MARTI BUENTIEMPO,** an individual; and **DOES 1** through **10,** inclusive,<br><br>Defendants. | Case No: CV 20-8884-MWF (SKx)<br><br>**ORDER GRANTING STIPULATION RE ATTORNEY'S FEES AND REMANDING ACTION** |

Upon consideration of the parties' Stipulation Re Attorney's Fees, and for good cause shown, the Stipulation is approved, and **IT IS HEREBY ORDERED** that this matter is remanded to the San Luis Obispo County Superior Court.

**IT IS SO ORDERED.**

Dated: December 4, 2020

_____
**MICHAEL W. FITZGERALD**
**UNITED STATES DISTRICT JUDGE**